UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERZA NEAL,<br><br>                    Plaintiff,<br><br>               -v.-<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | 21 Civ. 3158 (KPF)<br><br>ORDER OF DISCONTINUANCE |

KATHERINE POLK FAILLA, District Judge:

On June 11, 2021, Plaintiff and Defendant TransUnion, LLC ("TransUnion") reported to the Court that they have reached a settlement in this case. Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued as to TransUnion without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, Plaintiff and TransUnion may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action against TransUnion to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, Plaintiff and TransUnion shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Plaintiff and TransUnion shall be directed to appear before the Court, without the necessity of additional process, on a date within

ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action against TransUnion with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case as to TransUnion.

SO ORDERED.

Dated: June 14, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge