UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERZA NEAL,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                              Defendants. | 21 Civ. 3158 (KPF)<br><br>ORDER OF DISCONTINUANCE |

KATHERINE POLK FAILLA, District Judge:

On June 24, 2021, Plaintiff informed the Court that she has reached settlements in principle with Defendants Equifax Information Services, LLC ("Equifax"), and TransUnion, LLC ("TransUnion"). Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without prejudice and without costs as to Equifax and TransUnion; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlements are not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial

proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice as to Equifax and TransUnion in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case as to Equifax and TransUnion.

SO ORDERED.

Dated: June 25, 2021
        New York, New York

KATHERINE POLK FAILLA
United States District Judge